IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**QUAMELL MALIK GLOVER**,  *

      Plaintiff,  *

v.      Case No. **5:22-cv-00282-TES-MSH**

    *

**LIEUTENANT FULLER**, *et al.*,

    *

      Defendants.

    *

## J U D G M E N T

Pursuant to this Court's Orders dated November 14, 2022 and April 4, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 5th day of April, 2023.

                David W. Bunt, Clerk

                s/ Erin Pettigrew, Deputy Clerk