IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **QUAMELL MALIK GLOVER,** *Plaintiff,* v. **Lieutenant FULLER,** *et al.*, *Defendants.* | **CIVIL ACTION NO. 5:22-cv-00282-TES-MSH** |

### ORDER

Before the Court is Plaintiff Quamell Glover's Motion for Reconsideration [Doc. 80]. In his Motion, Plaintiff asks the Court to reconsider its Order [Doc. 57] and Judgment [Doc. 58] dismissing his case. However, the Court previously granted Plaintiff's prior motion for reconsideration and vacated the aforementioned Order and Judgment. *See* [Doc. 59]; [Doc. 65]. Accordingly, Plaintiff's Motion for Reconsideration [Doc. 80] is **DENIED as moot**.

**SO ORDERED**, this 27th day of July, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**