IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| QUAMELL MALIK GLOVER,<br><br>　　*Plaintiff*,<br><br>v.<br><br>LIEUTENANT FULLER, *et al.*,<br><br>　　*Defendants*. | CIVIL ACTION NO.<br>5:22-cv-00282-TES-MSH |

ORDER ADOPTING THE UNITED STATES
MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation ("R&R") [Doc. 92], recommending that the Court grant Defendants' Motion for Summary Judgment [Doc. 87] and dismiss Plaintiff's claims for failure to exhaust administrative remedies.[1] On December 11, 2023, Plaintiff requested that the magistrate judge grant him an extension to file an objection on "a much later date." [Doc. 93, p. 1]. The magistrate judge granted in part and denied in part this motion, giving Plaintiff until December 27, 2023, to object to the R&R. [Doc. 94].

---

[1] Because exhaustion of administrative remedies is a matter in abatement, the magistrate judge construed the Motion for Summary Judgment as a motion to dismiss. [Doc. 87, p. 3 (citing *Bryant v. Rich*, 530 F.3d 1368, 1374–75 (11th Cir. 2008)].

Plaintiff did not file an objection by the extended deadline, so the Court reviews the R&R for clear error. *See* 28 U.S.C. § 636(b)(1)(C) *in connection with* Fed. R. Civ. P. 6(a)(1) & (d). Having reviewed the R&R [Doc. 92], the Court **ADOPTS** it and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS** Defendants' Motion for Summary Judgment [Doc. 87] and **DISMISSES** Plaintiff Quamell Malik Glover's claims **without prejudice**.

**SO ORDERED**, this 4th day of January, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
