IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| QUAMELL MALIK GLOVER,, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00282-TES-MSH |
| | * |
| LIEUTENANT FULLER, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated January 4, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 4th day of January, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk